UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHARLYN M. WALDEN,<br><br>    Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social<br>Security,<br><br>    Defendant. | No. CV-11-0352-CI<br><br>ORDER GRANTING STIPULATED MOTION TO REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) |

BEFORE THE COURT is the parties' stipulated Motion to Remand the above-captioned matter to the Commissioner for additional administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). ECF No. 19. Attorney Maureen J. Rosette represents Plaintiff; Special Assistant United States Attorney Daphne Banay represents Defendant. The parties have consented to proceed before a magistrate judge. ECF No. 8. After considering the file and proposed order,

**IT IS ORDERED:**

1. The parties Motion to Remand, **ECF No. 19,** is **GRANTED**. The above-captioned case is **REVERSED** and **REMANDED** to the Commissioner of Social Security for further administrative proceedings pursuant to sentence four of 42 U.S.C. § 405(g). On remand, this case will be assigned to a different administrative law judge (ALJ), other than ALJ Paul Gaughen. In the additional proceedings, the ALJ will: Re-

ORDER GRANTING STIPULATED MOTION TO REMAND - 1

evaluate the medical opinions of record, including the opinions of Dr. Forsyth (Tr. 215-20, 231-37); Dr. Bailey (Tr. 175-78); Dr. Quackenbush (Tr. 193-98); and Ms. Osborne and Dr. Dalley (Tr. 199-207). The ALJ will also reassess Plaintiff's residual functional capacity with specific citation to the evidence in support of such limitations; re-evaluate the credibility of Plaintiff's subjective complaints; and obtain vocational expert testimony.

2. Judgment shall be entered for the **PLAINTIFF**.

3. Plaintiff's Motion for Summary Judgment, **ECF No. 14,** and Motion to Extend Social Security Deadlines, **ECF No. 17**, are stricken as moot.

4. An application for attorney fees may be filed by separate motion.

The District Court Executive is directed to enter this Order, forward copies to counsel, and thereafter shall close this file.

DATED February 13, 2013.

                S/ CYNTHIA IMBROGNO
          UNITED STATES MAGISTRATE JUDGE